**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of **New Hampshire**
(State)

Case number (*If known*): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   LRGHealthcare

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   See Attached List

3. **Debtor's federal Employer Identification Number (EIN)**

   02-0222150

4. **Debtor's address**

   **Principal place of business**

   80 Highland Street
   Number    Street

   Laconia          NH       03246
   City            State    ZIP Code

   Belknap County
   County

   **Mailing address, if different from principal place of business**

   80 Highland Street
   Number    Street

   _____
   P.O. Box

   Laconia          NH       03246
   City            State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   80 Highland Street
   Number    Street

   Laconia          NH       03246
   City            State    ZIP Code

5. **Debtor's website (URL)**

   www.lrgh.org

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

**Debtor** LRGHealthcare  
Name

**Case Number** *(if known)* _____

7. **Describe debtor's business**

   A. *Check one:*

   [X] Health Care Business (as defined in 11 U.S.C. § 101(27A))  
   [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))  
   [ ] Railroad (as defined in 11 U.S.C. § 101(44))  
   [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))  
   [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))  
   [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))  
   [ ] None of the above

   B. *Check all that apply:*

   [ ] Tax-exempt entity (as described in 26 U.S.C. § 501)  
   [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)  
   [ ] Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .  
   6214 (NAICS Code 201262)

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*

   [ ] Chapter 7  
   [ ] Chapter 9  
   [X] Chapter 11. *Check all that apply*:

   [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

   [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   [ ] A plan is being filed with this petition.

   [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   [ ] Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   [X] No  
   [ ] Yes  District _____ When _____ Case number _____  
                                      MM/DD/YY  
              District _____ When _____ Case number _____  
                                      MM/DD/YY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    [X] No  
    [ ] Yes  Debtor _____ Relationship _____  
             District _____ When _____  
                                                     MM/DD/YY  
             Case number, if known _____

Official Form 201  Voluntary Petition for Non-Individuals Filing for Bankruptcy  page **2**

Debtor  LRGHealthcare  
     Name

Case Number (if known) _____

**11. Why is the case filed in *this district*?**

Check all that apply:

[X] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

[ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

[X] No

[ ] Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

[ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

[ ] It needs to be physically secured or protected from the weather.

[ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

[ ] Other _____

**Where is the property?** _____
     Number     Street

_____

_____  _____  _____
City                                State     ZIP Code

**Is the property insured?**

[ ] No

[ ] Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

[X] Funds will be available for distribution to unsecured creditors.

[ ] After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| [ ] 1-49 | [X] 1,000-5,000 | [ ] 25,001-50,000 |
| [ ] 50-99 | [ ] 5,001-10,000 | [ ] 50,001-100,000 |
| [ ] 100-199 | [ ] 10,001-25,000 | [ ] More than 100,000 |
| [ ] 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| [ ] $0-$50,000 | [ ] $1,000,001-$10 million | [ ] $500,000,001-$1 billion |
| [ ] $50,001-$100,000 | [ ] $10,000,001-$50 million | [ ] $1,000,000,001-$10 billion |
| [ ] $100,001-$500,000 | [ ] $50,000,001-$100 million | [ ] $10,000,000,001-$50 billion |
| [ ] $500,001-$1 million | [X] $100,000,001-$500 million | [ ] More than $50 billion |

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 3

Debtor  LRGHealthcare
      Name

Case Number  *(if known)*

**16. Estimated liabilities**

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [ ] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [x] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

[x] The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

[x] I have been authorized to file this petition on behalf of the debtor.

[x] I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/19/2020
               MM /DD/ YYYY

X  /s/ Kevin W. Donovan
Signature of authorized representative of debtor

Kevin W. Donovan
Printed name

Title  President and Chief Executive Officer

**18. Signature of attorney**

X  /s/ Morgan C. Nighan
Signature of attorney for debtor

Morgan C. Nighan
Printed name

Nixon Peabody LLP
Firm name

53 State Street
Address

Boston, MA  02019
City, State Zip

(617) 345-1000
Contact phone

mnighan@nixonpeabody.com
Email address

07333             Massachusetts
Bar number          State

10/19/2020
Date   MM/DD/YYYY

**List of Trade Names Registered in the State of New Hampshire by LRGHealthcare**

**Registration Effective April 2014-April 2020**

Almost Home

Andover Family Practice

Belknap Family Health Center-(LRGH)

Belmont Family Health

Caring For Kids

Convenience Care

Emergency Room and Walk-In Care Physician Services

Employer Advantage Program

Franklin Regional Hospital

FRH Internal Medicine

Healthlink

Hillside Family Medical

Hillside Family Medicine

Hillside Medical Park

Hillside Medical Park, A Condominium

Hillside Medical Park Condominium

Interlakes Medical Center

Lakes Region Center for Wound Care

Lakes Region General Hospital

Lakes Region Orthopaedics

Lakes Region Physical Therapy

Lakes Region Urology

Lakes Region Vascular and Endovascular Specialists

LRGHealthcare

LRGH Professional Billing Services

New England Family Health Associates

Newfound Family Practice

Patient Advantage Program

The Pharmacy Center at The Laconia Clinic

Weight Institute of New Hampshire (WINH_

Westside Healthcare

## **CERTIFICATION OF RESOLUTIONS**

I, Golda L. Schohan, the undersigned Secretary/Treasurer and member of the Board of Trustees (the "Board") of LRGHealthcare (the "Company"), a not-for-profit corporation organized under the laws of the State of New Hampshire, do hereby certify that the following is a true and correct copy of the resolutions adopted by the Board of Trustees of the Company in a duly called meeting held on October 14, 2020, and that the said resolutions have not been modified or rescinded and are still in full force and effect on the date hereof:

WHEREAS, the Company operates two acute care hospitals, affiliated physician practices, and services providing medical and health care to the citizens and residents of Laconia and Franklin, New Hampshire and surrounding counties (the "Service Area");

WHEREAS, the Company and its affiliates have experienced a change in circumstances as a result of a period of financial stress, and the Company and the Board are committed to making financially prudent decisions while allowing the Company and its affiliates to continue to provide services in its health system that contribute to the health and welfare of the Service Area;

WHEREAS, due to ongoing financial challenges, in order to ensure the Company and its affiliates continue to provide high quality care in its Service Area, the Company and its affiliates have solicited interest in a partnership, sale, or other affiliation transaction (collectively, an "Affiliation Transaction") from a number of potential partners;

WHEREAS, the Board has reviewed the financial performance of the Company and its affiliates, the current and long-term liabilities of the Company and its affiliates, has reviewed the materials provided by the management and advisors of the Company and its affiliates regarding the possible need to restructure, and has analyzed the strategic alternatives available to it and the impact of the financial challenges and its ability to continue to operate as a healthcare system that contributes to the health and welfare of the Service Area;

WHEREAS, after due consideration, the Board believes it is desirable and in the best interest of the Company, its direct and indirect subsidiaries, its creditors, employees, stakeholders in the Service Area, its members, and other interested parties, that in the absence of an out-of-court Affiliation Transaction which resolves the debt of the Company and its affiliates, that a voluntary petition be filed by the Company seeking relief under the provisions of Chapter 11 of Title 11, United States Code (the "Chapter 11 Case"), 11 U.S.C. §§101 et seq. (the "Bankruptcy Code") for among other reasons in order to effectuate an Affiliation Transaction; it is hereby

4810-7703-3399.3

RESOLVED, by the unanimous vote of all of its Trustees present and eligible to vote, the Board hereby finds that it is desirable that the President and Chief Executive Officer and Treasurer and any and all other officers of the Company otherwise authorized by the Board be, and each of them hereby are, authorized and empowered, on behalf of and in the name of the Company, to execute, verify and file all such petition, schedules, lists, and other papers or documents under the Bankruptcy Code and to cause the same to be filed with the United States Bankruptcy Court for the District of New Hampshire at such time as the officers executing the petition on behalf of the Company shall determine, and it is further

RESOLVED, that any and all of the officers of the Company be, and each of them hereby are, authorized, on behalf of and in the name of the Company, to execute, verify and file the petition, schedules, lists and other papers or documents, and to take and perform any and all further actions and steps which they may deem necessary, desirable or proper in connection with the Chapter 11 Case, with a view to the successful prosecution of such case; and it is further

RESOLVED, that any and all of the officers of the Company be, and each of them hereby are, authorized and directed, on behalf of and in the name of the Company, to retain the law firm of Nixon Peabody LLP as bankruptcy, reorganization and outside corporate counsel to the Company to represent and assist the Company and its affiliates in carrying out their respective duties under Chapter 11 of the Bankruptcy Code, and to take any and all actions deemed necessary or expedient in order to advance the Company's and its affiliates' rights in connection therewith, and such officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy petition, and to cause to be filed an appropriate application for authority to retain the services of Nixon Peabody LLP; and it is further

RESOLVED, that any and all of the officers of the Company be, and each of them hereby are, authorized and directed, on behalf of and in the name of the Company, to retain Deloitte Transactions and Business Analytics LLP as financial and restructuring advisor and valuation expert to the Company and its affiliates to represent and assist the Company and its affiliates in carrying out their respective duties under Chapter 11 of the Bankruptcy Code, effective as of the date the petition is filed, and in connection therewith, such officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy petition, and to retain and cause to be filed an appropriate application for authority to retain the services of Deloitte Transactions and Business Analytics LLP as financial and restructuring advisor and valuation expert to the Company and its affiliates as of the petition date; and it is further

RESOLVED, that any and all of the officers of the Company be, and each of them hereby are, authorized and directed, on behalf of and in the name of the Company, to retain Kaufman Hall as investment banker and financial advisor to the Company and its affiliates, to represent and assist the Company and its affiliates in carrying out their respective duties under Chapter 11 of the Bankruptcy Code, effective as of the date the petition is filed, and in connection therewith, such officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy petition, and to retain and cause to be filed an appropriate application for authority to retain the services of Kaufman Hall as investment banker and financial advisor as of the petition date; and it is further

4810-7703-3399.3

RESOLVED, that any and all of the officers of the Company be, and each of them hereby are, authorized and directed, on behalf of and in the name of the Company, to retain Epiq Corporate Restructuring, LLC as claims, noticing, solicitation, and administrative agent to the Company, to represent and assist the Company and its affiliates in carrying out their respective duties under Chapter 11 of the Bankruptcy Code, effective as of the date the petition is filed, and in connection therewith, such officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy petition, and to retain and cause to be filed an appropriate application for authority to retain the services of Epiq Corporate Restructuring, LLC, as claims, noticing and solicitation agent as of the petition date; and it is further

RESOLVED, that the officers, on behalf of the Company be, and each of them hereby are authorized and empowered on behalf of and in the name of the Company, to retain and employ any other attorneys, investment bankers, accountants, restructuring professionals, financial advisors and other professionals to assist the Company with the Chapter 11 Case on such terms as are deemed necessary, proper or desirable; and in connection therewith, such officers of the Company and its affiliates are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the bankruptcy petition, and cause to be filed appropriate applications with the bankruptcy court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable, and proper; and it is further

RESOLVED, that the Company and such officers on behalf of the Company are authorized to enter into that certain Asset Purchase Agreement with Concord Hospital, Inc. and its affiliates (the "APA") to be dated as of the petition date and any and all other documents contemplated therein and to prepare and file all necessary documentation, motions and pleadings in the Bankruptcy Case necessary to effectuate a sale of substantially all of the Company's assets under section 363 of the Bankruptcy Code conditioned on and subject to Bankruptcy Court and all necessary and requisite corporate, governmental and regulatory approvals; and it is further

RESOLVED, that any or all of the officers of the Company, each of them acting individually, designated by or directed by any such officers be, and each of them hereby are respectively authorized and empowered to cause the Company as such officers deem appropriate to enter into, execute, deliver, certify, file, record and/or perform, such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates and other such documents and take any such actions as are, in their judgment, necessary, proper or desirable to effectuate a successful Chapter 11 Case, including, without limitation, the development, filing and prosecution to confirmation of a Chapter 11 plan and related disclosure statement, and to carry out and put into effect the purposes of the foregoing resolutions and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions; and it is further

- 4 -

RESOLVED, that any and all past actions heretofore taken by officers of the Company, and the Board, in the name of and on behalf of the Company, in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, approved and adopted.

This Resolution was duly adopted by the Board of the Company effective on October 14, 2020, and will be attached to the written minutes of the Board.

IN WITNESS WHEREOF, I have hereunto set my hand this 15th day of October, 2020.

LRGHealthcare

By: _____
Golda L. Schohan

- 4 -

4810-7703-3399.3

| Fill in this information to Identify the case: | |
|---|---|
| Debtor Name: LRGHealthcare | |
| United States Bankruptcy Court for the: District of New Hampshire | |
| Case Number (If known): 20-xxx1 | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | KEYBANK AS MORTGAGEE / U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT ("HUD") AS INSURER TO 2015 FIXED RATE MORTGAGE NOTE<br>8115 PRESTON ROAD<br>SUITE 800<br>DALLAS, TX  75225 | CONTACT: ZACH KAU, MANAGING DIRECTOR<br>PHONE: 415-486-3422<br>FAX: 212-869-6418<br>ZACH.KAU@KEY.COM | UNDERSECURED LIABILITY | | | | UNDETERMINED |
| 2 | PENSION BENEFIT GUARANTY CORP<br>DEPT 77430<br>PO BOX 77000<br>DETROIT, MI  48277-0430 | CONTACT: MELISSA T. HARRIS, GENERAL COUNSEL<br>PHONE: 202-229-3019<br>FAX: 202-326-4138<br>HARRIS.MELISSA@PBGC.GOV; EFILE@PBGC.GOV | UNDERFUNDED PENSION LIABILITY | | | | UNDETERMINED |
| 3 | STATE OF NEW HAMPSHIRE DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>129 PLEASANT STREET<br>CONCORD, NH  03301-3852 | CONTACT: HEATHER MOQUIN, CHIEF EXECUTIVE OFFICER<br>PHONE: 603-271-9376<br>FAX: 603-271-2896<br>BUSINESSOPERATIONS@DHHS.NH.GOV | UNSECURED LOAN / GRANT | | | | $5,250,000.00 |
| 4 | LACONIA CLINIC<br>724 NORTH MAIN STREET<br>LACONIA, NH  03246 | CONTACT: ANDREA CHIN, ACCOUNTS PAYABLE SUPERVISOR<br>PHONE: 603-524-5151<br>FAX: 603-524-3363<br>CUSTOMERSERVICE@LRGH.ORG | PROFESSIONAL SERVICES AGREEMENT (PSA) | | | | $1,411,921.59 |

Debtor: LRGHealthcare                                           Case Number (if known): 20-xxx1

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 5  STRYKER ORTHOPAEDICS  BOX 93213  CHICAGO, IL  60673-3213 | CONTACT: STEPHANIE MURPHY, SR. ACCOUNTS PAYABLE COORDINATOR  PHONE: 269-385-2600  FAX: 269 385 1062  STEPHANIE.MURPHY@STRYKER.COM | TRADE PAYABLE - RECEIPT ACCRUAL | | | | $841,360.24 |
| 6  EVERSOURCE  PO BOX 650047  DALLAS, TX  75265-0047 | CONTACT: JAMES JUDGE, CEO  PHONE: 844-273-7760  FAX: 877-285-4448  JAMES.JUDGE@EVERSOURCE.COM | TRADE PAYABLE | | | | $764,022.72 |
| 7  STRYKER  22491 NETWORK PLACE  CHICAGO, IL  60673 | CONTACT: STEPHANIE MURPHY, SR. ACCOUNTS PAYABLE COORDINATOR  PHONE: 269 385 2600  FAX: 269 385 1062  STEPHANIE.MURPHY@STRYKER.COM | TRADE PAYABLE | | | | $510,549.12 |
| 8  STATE OF NEW HAMPSHIRE DEPARTMENT OF HEALTH AND HUMAN SERVICES - DIVISION OF COMMUNITY BASED CARE SYSTEMS  129 PLEASANT STREET  CONCORD, NH  03301-3852 | CONTACT: HEATHER MOQUIN, CHIEF EXECUTIVE OFFICER  PHONE: 603-271-9376  FAX: 603-271-2896  BUSINESSOPERATIONS@DHHS.NH.GOV | FRANKLIN REGIONAL - DESIGNATED RECEIVING FACILITY (DRF) STARTUP COSTS | | | | $442,207.00 |
| 9  CARDINAL HEALTH  PO BOX 13862  NEWARK, NJ  07188-0862 | CONTACT: TINA MEYER, MANAGER, COLLECTIONS  PHONE: 614-757-5000  FAX: 614-757-4131  TINA.MEYERS@CARDINALHEALTH.COM | TRADE PAYABLE | | | | $348,394.75 |
| 10  ENT ASSOCIATES  85 SPRING STREET  LACONIA, NH  03246 | CONTACT: JAMES STARK, PRESIDENT  PHONE: 603-524-7402  FAX: 603-524-0945  JSTARK@LRGH.ORG | PROFESSIONAL SERVICES AGREEMENT (PSA) | | | | $336,151.71 |
| 11  DELL FINANCIAL SERVICES LLC  PO BOX 6549  CAROL STREAM, IL  60197 | FAX: 877-214-3335 | TRADE PAYABLE | | | | $292,003.72 |
| 12  DARTMOUTH HITCHCOCK  ONE MEDICAL CENTER DRIVE  LEBANON, NH  03756-0001 | CONTACT: EDWARD J MERRENS, CHIEF CLINICAL OFFICER  PHONE: 603-650-8380  FAX: 603-727-7869  EDWARD.J.MERRENS@HITCHCOCK.ORG | TRADE PAYABLE | | | | $238,538.50 |
| 13  VVC HOLDING CORPORATION  PO BOX 840952  DALLAS, TX  75284-0952 | | TRADE PAYABLE | | | | $237,458.79 |
| 14  PHILIPS HEALTHCARE  PO BOX 100355  ATLANTA, GA  30384-0355 | PHONE: 800-225-0230  CASHMGMT.INQUIRIES@PHILIPS.COM | TRADE PAYABLE | | | | $193,948.26 |

Debtor: LRGHealthcare                                                                                      Case Number (if known): 20-xxx1

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 15  FOCUSONE SOLUTIONS LLC  PO BOX 3037  OMAHA, NE  68103-0037 | CONTACT: CRAIG WOLF, PRESIDENT  PHONE: 402-938-2040  FAX: 866-775-3446  CWOLF@@FOCUSONESOLUTIONS.COM | TRADE PAYABLE | | | | $180,006.00 |
| 16  AMERISOURCEBERGEN DRUG CORP  PO BOX 5198  NEW YORK, NY  10087-5198 | CONTACT: BENNETT S. MURPHY, SENIOR VICE PRESIDENT, INVESTOR RELATIONS  PHONE: 610-727-7000  FAX: 800-640-5221  BMURPHY@AMERISOURCEBERGEN.COM | TRADE PAYABLE | | | | $179,189.27 |
| 17  BAKER NEWMAN & NOYES  PO BOX 507  PORTLAND, ME  04101 | PHONE: 207-879-2100  FAX: 207-774-1793 | TRADE PAYABLE | | | | $175,000.00 |
| 18  MARTIN TECHNICAL SERVICES LLC  182 SOUTH ST  DUXBURY, MA  02332 | CONTACT: GERALD TRUESDALE, CHIEF REVENUE OFFICER  GIL@MARTECHNICAL.COM | TRADE PAYABLE | | | | $167,460.09 |
| 19  B E SMITH INTERIM SERVICES LLC  PO BOX 74007636  CHICAGO, IL  60674-7636 | | TRADE PAYABLE | | | | $163,995.54 |
| 20  ZIMMER  PO BOX 414666  BOSTON, MA  02241-4666 | PHONE: 800-348-9500  CONTACTUS@ZIMMERBIOMET.COM | TRADE PAYABLE | | | | $130,045.23 |
| 21  SIEMENS HEALTHCARE DIAGNOSTICS  PO BOX 121102  DALLAS, TX  75312-1102 | PHONE: 919-804-8152  ALESIA.MICHAELS@SIEMENSHEALTHINEERS.COM | TRADE PAYABLE | | | | $129,577.73 |
| 22  MAKO SURGICAL CORP  PO BOX 935086  ATLANTA, GA  31193-5086 | CONTACT: STEPHANIE MURPHY, SR. ACCOUNTS PAYABLE COORDINATOR  PHONE: 269 385 2600  FAX: 269 385 1062  STEPHANIE.MURPHY@STRYKER.COM | TRADE PAYABLE | | | | $110,000.00 |
| 23  BOSTON SCIENTIFIC CORP  PO BOX 786205  PHILADELPHIA, PA  19178-6205 | CONTACT: MIKE MAHONEY, CHAIRMAN AND CEO  PHONE: 508-683-4000 | TRADE PAYABLE | | | | $94,588.94 |
| 24  GENZYME CORPORATION  62665 COLLECTIONS CNTR DR  CHICAGO, IL  60693-0626 | | TRADE PAYABLE | | | | $91,099.38 |
| 25  PSG HEALTH SYSTEMS SOLUTIONS  PO BOX 123651  DALLAS, TX  75312-3651 | CONTACT: DEE JONES, CFO  PHONE: 972-244-8381  DJONES@PSGCONSULTS.COM | TRADE PAYABLE | | | | $87,247.57 |
| 26  OSSEUS FUSION SYSTEMS LLC  1931 GREENVILLE AVE SUITE 200  DALLAS, TX  75206 | CONTACT: ROBERT PACE, PRESIDENT  PHONE: 888.330.5960  RPACE@OSSEUS.COM | TRADE PAYABLE | | | | $83,531.60 |

Debtor: LRGHealthcare                                    Case Number (if known): 20-xxx1

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 27  SPRAGUE OPERATING RESOURCES LLC  PO BOX 842985  BOSTON, MA 02284-2985 | CONTACT: DAVE, GLENDON  PHONE: 800-225-1560  FAX: 603-430-5317  CUSTOMERCARE@SPRAGUEENERGY.COM;  DGLENDON@SPRAGUEENERGY.COM | TRADE PAYABLE | | | | $82,430.96 |
| 28  SIEMENS MEDICAL SOLUTION USA  PO BOX 120001 DEPT 0733  DALLAS, TX 75312-0733 | PHONE: 919-804-8152  ALESIA.MICHAELS@SIEMENS-HEALTHINEERS.COM | TRADE PAYABLE | | | | $79,838.37 |
| 29  UPTODATE  95 SAWYER RD.  WALTHAM, MA 02453-3471 | CONTACT: MARIE DUNELL, SENIOR ENTERPRISE ACCOUNT MANAGER  PHONE: 781-392-3856  MARIE.DUNELL@WOLTERSKLUWER.COM | TRADE PAYABLE | | | | $72,460.00 |
| 30  BAXTER  PO BOX 33037  NEWARK, NJ 07188-0037 | CONTACT: FRED RUDA, DIRECTOR OF FINANCE  PHONE: 888-229-0001 | TRADE PAYABLE | | | | $66,139.75 |

**Fill in this information to identify the case:**

Debtor name: __LRGHealthcare_____

United States Bankruptcy Court for the: _____ District of __New Hampshire__
(State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING - Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __October 19, 2020__        /s/ Kevin W. Donovan
MM / DD / YYYY                Signature of individual signing on behalf of debtor

                    Kevin W. Donovan
                    Printed name

                    President and Chief Executive Officer
                    Position or relationship to debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

---------------------------------------------------------------x
::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

| | |
|---|---|
| **In re:** | |
| | **Chapter 11** |
| **LRGHEALTHCARE,** | |
| | **Case No. 20-_____ (___)** |
| Debtor.[1] | |

--------------------------------------------------------------x

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1007(a) and 7007.1 of the Federal Rules of Bankruptcy Procedure LRGHealthcare ("LRG" or the "Debtor") certifies that the Debtor is a voluntary (non-profit) corporation and healthcare charitable trust organized under the laws of the State of New Hampshire and has no equity security holders.

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned signatory of the Debtor, declare under penalty of perjury that I have reviewed the corporate ownership statement submitted herewith and that it is true and correct to the best of my information and belief.

Dated: October 19, 2020

                                              /s/ Kevin W. Donovan_____
                                              Kevin W. Donovan
                                              President and Chief Executive Officer

---

[1] The last four digits of the Debtor's federal taxpayer identification number are 2150. The address of the Debtor's headquarters is 80 Highland Street, Laconia, NH 03246.

4810-8037-9343.1

**Fill in this information to identify the case:**

Debtor name: __LRGHealthcare__

United States Bankruptcy Court for the: _____ District of __New Hampshire__
(State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ *Other document that requires a declaration*  __Corporate Ownership Statement__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __October 19, 2020__
MM / DD / YYYY

__/s/ Kevin W. Donovan__
Signature of individual signing on behalf of debtor

Kevin W. Donovan
Printed name

President and Chief Executive Officer
Position or relationship to debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

---------------------------------------------------------------x
: 
**In re:** :
: 
: **Chapter 11**
**LRGHEALTHCARE,** :
: 
: **Case No. 20-_____ (___)**
            **Debtor.**[1] :
: 
--------------------------------------------------------- x

## LIST OF EQUITY SECURITY HOLDERS

Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, LRGHealthcare ("LRG" or the "Debtor") certifies that the Debtor has no equity security holders.

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned signatory of the Debtor, declare under penalty of perjury that I have reviewed the list of equity security holders submitted herewith and that it is true and correct to the best of my information and belief.

Dated: October 19, 2020

                                                     /s/ Kevin W. Donovan
                                                     Kevin W. Donovan
                                                     President and Chief Executive Officer

---

[1] The last four digits of the Debtor's federal taxpayer identification number are 2150. The address of the Debtor's headquarters is 80 Highland Street, Laconia, NH 03246.

4815-5354-9263.1