UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| **In re** )<br>) **LRGHEALTHCARE,** )<br>) **Debtor.** )<br>) | **Chapter 11**<br>**Case No. 20-10892- MAF** |

### NOTICE OF APPOINTMENT OF OFFICIAL
### COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, United States Trustee for Region 1, pursuant to Section 1102(a) of title 11, United States Code, hereby appoints the following unsecured creditors that are willing to serve on the Official Committee of Unsecured Creditors of LRGHealthcare:

1. Boston Scientific Corporation
   300 Boston Scientific Way
   Marlborough, MA 01752
   ATTN: Janine Karwacki, Manager
   Telephone: (508) 382-0252
   Email:  Janine.Karwacki@bsci.com

2. Cardinal Health 200, LLC, Cardinal Health 414, LLC
   7000 Cardinal Place
   Dublin, OH 43017
   ATTN: Michael Anderson, Credit Manager
   Telephone: (614) 687-5926
   Email: michael.anderson06@cardinalhealth.com

3. Osseus Fusion Systems, LLC
   1931 Greenville Ave., Ste 200
   Dallas, TX 75206
   ATTN:  Robert Pace, CEO
   Telephone: (214) 395-0100
   Email: rpace@osseus.com

4. Public Service Company of New Hampshire d/b/a
   Eversource Energy
   107 Selden Street
   Berlin, CT 06037
   ATTN:  Honor S. Heath, Esq.
   Telephone: (860) 665-4865
   Email:  honor.heath@eversource.com

5. Pension Benefit Guaranty Corporation
   1200 K Street, NW
   Washington, DC 20005
   ATTN: Michael Strollo
   Telephone: (202) 229-4907
   Email: strollo.michael@pbgc.gov

Dated:  October 23, 2020                 Respectfully submitted,

                                         WILLIAM K. HARRINGTON
                                         UNITED STATES TRUSTEE

                                     By: /s/ *Kimberly Bacher*
                                         Kimberly Bacher, Trial Attorney
                                         Office of the U.S. Trustee
                                         53 Pleasant Street, Suite 2300
                                         Concord, NH  03301
                                         BNH07676

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on this October 23, 2020, I caused to be served a copy of the foregoing by CMECF to:

- Christopher M. Desiderio cdesiderio@nixonpeabody.com
- Thomas J. Donovan tom.donovan@doj.nh.gov, audrey.blodgett@doj.nh.gov
- Honor S. Heath honor.heath@eversource.com, honor.heath@hotmail.com
- Andrew Helman ahelman@mpmlaw.com, dmorse@mpmlaw.com;lgulino@mpmlaw.com
- I-Heng Hsu i-heng.hsu@usdoj.gov
- Lindsay Zahradka Milne lmilne@bernsteinshur.com, astewart@bernsteinshur.com;acummings@bernsteinshur.com;kquirk@bernsteinshur.com;nmorrissey@bernsteinshur.com
- Rodney Morris rodney.morris2@usdoj.gov, i-heng.hsu@usdoj.gov
- Erik Newman erik.newman@eversource.com
- Morgan C. Nighan mnighan@nixonpeabody.com, akowalski@nixonpeabody.com;bos.managing.clerk@nixonpeabody.com
- Steven M. Notinger steve@notingerlaw.com, cheryl@notingerlaw.com;debbie@notingerlaw.com
- Rue K. Toland rtoland@preti.com, kbaker@preti.com

        /s/ *Kimberly Bacher*
        Kimberly Bacher